AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DANIEL L. WILLIAMS,

      Petitioner,

          JUDGMENT IN A CIVIL CASE

       **V.**              CASE NUMBER: 5:24-cv-052

TYRONE OLIVER, and GEORGIA DEPARTMENT
OF CORRECTIONS,

      Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order entered October 23, 2024, Petitioner's response to

the Magistrate Judge's Report and Recommendation is construed as a motion to dismiss his

cause of action voluntarily. Therefore, Petitioner's cause of action is dismissed, and the Report and

Recommendation is rejected as moot. This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

_____
*Date*    October 23, 2024

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020